a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TONY DETERVILLE #A096-246-726, Petitioner | CIVIL DOCKET NO. 1:24-CV-01313 SEC P |
| VERSUS | JUDGE DRELL |
| ALEJANDRO MAYORKAS, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Tony Deterville ("Deterville"). Deterville is an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana. He challenges the legality of his continued detention.

To determine whether Deterville may be entitled to relief, he must AMEND the Petition.

I. Background

Deterville alleges that he was ordered removed on January 23, 2024. ECF No. 1 at 2. He provides no information regarding his citizenship or removal proceedings. Deterville asserts that he should be released because he has been detained for more than six months. *Id.*

II. Law and Analysis

The United States Supreme Court has held that an alien may be detained post-removal order only for "a period reasonably necessary to bring about that alien's

1

removal from the United States." *Zadvydas v. Davis*, 533 U.S. 678, 689 (2001). According to the Supreme Court, a period reasonably necessary to bring about the alien's removal from the United States is presumptively six months. *Id.*, at 701. Afterward, if the alien "provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future," the Government must either rebut that showing or release him. *Id.*; *see also* 8 CFR § 241.13 (setting out the *Zadvydas* procedures).

Deterville must amend his Petition to allege the country to which he was ordered removed, and why his removal is unlikely to occur in the reasonably foreseeable future. Deterville should state what efforts he has made to assist in his removal.

### III. Conclusion

Because additional information is required to review Deterville's claim, IT IS ORDERED that he AMEND the Petition within 30 days of the filing of this Order to provide the information outlined above.

Failure to comply with this Order may result in dismissal of this action under Rule 41(b) or 16(f) of the Federal Rules of Civil Procedure. Petitioner is further required to notify the Court of any change in his address under Rule 41.3 of the Local Rules for the Western District of Louisiana.

SIGNED on Wednesday, November 13, 2024.

                                                    JOSEPH H.L. PEREZ-MONTES
                                                    UNITED STATES MAGISTRATE JUDGE